# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Chase Epps

                    Plaintiff,

v.                                                 Case No.: 1:22−cv−02393
                                                       Honorable Mary M. Rowland

Thomas Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2022:

    MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held by videoconference. As reflected on the record, Plaintiff's Motion to Compel [27] is granted in part and entered and continued in part. By 10/7/2022, Defendants shall respond to Plaintiff's productions requests as outline on the record. Joint status report with an update on the production and search terms is due 10/12/2022. Motion hearing continued to 10/17/2022 at 2:30 p.m. via videoconference. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is 1−855−244−8681 and the access code is 2305 030 7058. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The Court does not permit the use of cell phones for the videoconference. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.