# Exhibit 1



## Cook County - Reactive Work Order

| | | | |
|---|---|---|---|
| **Property:** | Division 4<br>N/A<br>N/A, IL | **WO ID:**<br>**Ref WO:**<br>**Date:** | 609957<br><br>8/24/2020 |
| **Space/Floor:** | TIER N-1 DAYROOM BATHROOM | **Status:** | Closed |
| **Requestor Info:** | Jim Morrison<br>210 Office of the Sheriff<br>773-674-4712 | **Type:**<br>**Subtype:** | Plumbing<br>Sink Clogged |
| **Priority:** | High | **Est Hrs:**<br>**Act Hrs:** | 0<br>1 |
| **Assigned to:** | MICHAEL McGINNIS | **Complete By:**<br>**SLA Completion:** | 8/25/2020 10:23 AM CDT<br>8/25/2020 10:23 AM CDT |
| **Entered by:** | Jim Morrison | **Billable Flag:** | NO |
| **Asset Room/Area:** | | **Asset # / Asset Name** | D4-No Asset - D4-No Asset |
| **Asset Description:** | | | |

**Statement of Work:** *GRIEVANCE, INMATE REPORTS ALL 3 DAYROOM SINKS CLOGGEDHIS

Closing Comments:
Rod drain X3.*

| Vandalism? Circle: | **Yes** or **No** |
|---|---|

| | | |
|---|---|---|
| **Request History:** | 8/24/2020 10:23 AM | GRIEVANCE, INMATE REPORTS ALL 3 DAYROOM SINKS CLOGGEDHIS |
| | 8/24/2020 10:23 AM | Assignment has been changed to MICHAEL McGINNIS. |
| | 9/17/2020 2:32 PM | Rod drain X3. |
| | | Request has been closed. |
| | 1/22/2021 6:01 AM | Work Order printed. |

| Start Date/Time: | Finish Date/Time: |
|---|---|
| Comments: | |
| | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS |
|---|---|---|---|
| McGINNIS | 9/17/2020<br>WO Labor - | | 1.00 |

**REQUEST ID:** 609957

Approved By: _____   Date: _____   Signature: _____

Billable: ___   Non-Billable: ___   TI: ___

CCSAO_Epps_000051