# Exhibit 2



## Cook County - Reactive Work Order

| Property: | Division 4<br>N/A<br>N/A, IL | WO ID:<br>Ref WO:<br>Date: | 628127<br><br>10/13/2020 |
|---|---|---|---|
| Space/Floor: | TIER N-1 LOWER 01 | Status: | Closed |
| Requestor Info: | Stan Acovelli<br>210 Office of the Sheriff<br>312-505-2644 | Type:<br>Subtype: | Plumbing<br>Pipe(s) Are Damaged And/Or Leaking |
| Priority: | High | Est Hrs:<br>Act Hrs: | 0<br>8 |
| Assigned to: | JOSEPH THIEL | Complete By:<br>SLA Completion: | 10/14/2020 10:50 AM CDT<br>10/14/2020 10:50 AM CDT |
| Entered by: | Stan Acovelli | Billable Flag: | NO |
| Asset Room/Area: | | Asset # / Asset Name | D4-No Asset - D4-No Asset |
| Asset Description: | | | |

**Statement of Work:**
*GRIEVANCE - Inmate states that is water leaking out of a wall on the lower dock. By cells 101,103,140 and 110. Please investigate and remedy if necessary.

Closing Comments:
Shut off valves to mop basin in N2 ceiling for N2 and N1 mop basins. Will check to see if leak stops. May have to install new shut off valves of existing valves do not hold. *

| Vandalism? Circle: | **Yes** or **No** | |
|---|---|---|

**Request History:**

| | | |
|---|---|---|
| | 10/13/2020 10:50 AM | GRIEVANCE - Inmate states that is water leaking out of a wall on the lower dock. By cells 101,103,140 and 110. Please investigate and remedy if necessary. |
| | 10/13/2020 10:50 AM | Work Order printed. |
| | 10/13/2020 11:29 AM | Assignment has been changed to JOSEPH THIEL. |
| | 10/22/2020 2:32 PM | Need tin smith to remove ceiling to find shut off valve. |
| | | Status has been changed to "On Hold". |
| | 10/29/2020 2:53 PM | Shut off valves to mop basin in N2 ceiling for N2 and N1 mop basins. Will check to see if leak stops. May have to install new shut off valves of existing valves do not hold. |
| | | Request has been closed. |
| | 1/22/2021 6:02 AM | Work Order printed. |

| Start Date/Time: | Finish Date/Time: |
|---|---|
| Comments: | |
| | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS |
|---|---|---|---|
| THIEL | 10/22/2020<br>WO Labor - | | 1.00 |
| McGINNIS | 10/22/2020<br>WO Labor - | | 1.00 |
| THIEL | 10/29/2020<br>WO Labor - | | 3.00 |
| McGINNIS | 10/29/2020<br>WO Labor - | | 3.00 |