# Exhibit 3

1/4/2022

*EPPS v. DART et al., 20 C 5742*

| Date | Request ID | Requested By | Building Name | Space/Floor | Request Type | Sub Type | Status | Statement of Work |
|---|---|---|---|---|---|---|---|---|
| 8/14/2020 | 608401 | FOURNIER MARK | Division 4 | TIER N-1 | Engineer | Other | Closed | Div 4 1N the slop sink by cell 101 is leaking Closing Comments: Answered call and created a w/o for the plumbers |
| 9/4/2020 | 616420 | Johnson Michael | Division 4 | TIER N-1 LOWER 01 | Engineer | Other | Closed | WALL LEAKING Closing Comments: Found source of leak, coming from pipe, contacted plumber foreman |
| 10/5/2020 | 626411 | Acovelli Stan | Division 4 | TIER N-1 LOWER 09 | Engineer | Too Cold In Room: (Give Location) (LS) | Closed | GRIEVANCE - Inmate states that it is too cold in the cell (tier N 1 cell # 109). Please investigate and remedy if necessary. Closing Comments: checked temperature made adjustments to the fan |
| 10/5/2020 | 626459 | Acovelli Stan | Division 4 | TIER N-1 LOWER 08 | Engineer | Too Cold In Room: (Give Location) (LS) | Closed | GRIEVANCE - Inmate states it is too cold in the cell (tier N1 cell # 108).Please investigate and remedy if necessary. Closing Comments: Checked temperature made adjustments to the fan |
| 10/13/2020 | 628120 | Acovelli Stan | Division 4 | TIER N-1 LOWER 07 | Engineer | Too Cold In Room: (Give Location) (LS) | Closed | GRIEVANCE - Inmate states the cell # 107 is too cold. Please investigate and remedy if necessary. Closing Comments: made adjustments |
| 10/13/2020 | 628126 | Acovelli Stan | Division 4 | TIER N-1 LOWER 08 | Engineer | Too Cold In Room: (Give Location) (LS) | Closed | GRIEVANCE - Inmate states the cell # 108 is too cold .Please investigate and remedy if necessary. Closing Comments: made adjustments |
| 8/6/2020 | 606248 | Morrison Jim | Division 4 | TIER N-1 UPPER 15 | Plumbing | Toilet(s) Leaking | Closed | PER SANITATION REPORT, Closing Comments: Duplicate work order. |
| 8/6/2020 | 606249 | Morrison Jim | Division 4 | TIER N-1 UPPER 14 | Plumbing | Sink Water Pressure Too High | Closed | PER SANITATION REPORT, Closing Comments: Duplicate work order |
| 8/6/2020 | 606250 | Morrison Jim | Division 4 | TIER N-1 UPPER 13 | Plumbing | Sink Water Pressure Too High | Closed | PER SANITATION REPORT, Closing Comments: Build valve |
| 8/7/2020 | 606601 | Johnson Michael | Division 4 | TIER N-1 UPPER 15 | Plumbing | Toilet(s) Leaking | Closed | Closing Comments: Rod |
| 8/7/2020 | 606602 | Johnson Michael | Division 4 | TIER N-1 UPPER 14 | Plumbing | Sink Water Pressure Too High | Closed | Closing Comments: Duplicate work order |
| 8/7/2020 | 606603 | Johnson Michael | Division 4 | TIER N-1 UPPER 13 | Plumbing | Sink Water Pressure Too High | Closed | Closing Comments: Rebuild lavatory faucet. |
| 8/11/2020 | 607153 | Villanova Bruce | Division 4 | TIER N-1 LOWER 07 | Plumbing | Sink Water Pressure Too Low | Closed | Closing Comments: Build valve |
| 8/11/2020 | 607154 | Villanova Bruce | Division 4 | TIER N-1 UPPER 14 | Plumbing | Sink Water Pressure Too High | Closed | Closing Comments: Build valve |
| 8/17/2020 | 608507 | Villanova Bruce | Division 4 | TIER N-1 DAYROOM BATHROOM | Plumbing | Sink Clogged | Closed | Closing Comments: Duplicate work order. |
| 8/18/2020 | 608883 | Morrison Jim | Division 4 | TIER N-1 DAYROOM BATHROOM | Plumbing | Sink Clogged | Closed | GRIEVANCE, INMATE REPORTS THERE ARE 2 SINKS DO NOT DRAIN, HAVE DARK OILY BROWN LIQUID AND MATTER COMING UP OUT OF DRAIN, SMELLS, FOUL, CLAIMS IT IS RAW SEWAGE Closing Comments: Rod |
| 8/24/2020 | 609957 | Morrison Jim | Division 4 | TIER N-1 DAYROOM BATHROOM | Plumbing | Sink Clogged | Closed | GRIEVANCE, INMATE REPORTS ALL 3 DAYROOM SINKS CLOGGEDHIS Closing Comments: Rod drain X3. |
| 9/4/2020 | 616417 | Johnson Michael | Division 4 | TIER N-1 UPPER 14 | Plumbing | Sink Water Pressure Too High | Closed | Closing Comments: Rebuild lavatory faucet valve. |
| 9/4/2020 | 616419 | Johnson Michael | Division 4 | TIER N-1 LOWER 02 | Plumbing | Sink No Water | Closed | Closing Comments: Rod |

| Date | Request ID | Requested By | Building Name | Space/Floor | Request Type | Sub Type | Status | Statement of Work |
|---|---|---|---|---|---|---|---|---|
| 9/16/2020 | 618477 | Daniel Benjamin | Division 4 | TIER N-1 UPPER 15 | Plumbing | Toilet(s) Leaking | Closed | PER OFFICER MARTIN-HOWARD Closing Comments: Build valve |
| 9/18/2020 | 619062 | FORD SERGEANT | Division 4 | TIER N-1 LOWER 08 | Plumbing | Sink Water Won'T Turn Off | Closed | TIER N1 CELL 108 HOT WATER WILL NOT SHUT OFF Closing Comments: Rebuild lavatory faucet. Test and flush. |
| 10/5/2020 | 626424 | Acovelli Stan | Division 4 | TIER N-1 LOWER 07 | Plumbing | Sink Water Won'T Turn Off | Closed | GRIEVANCE - Inmate states that the sink keeps running. (tier N1 cell # 107). Please investigate and remedy if necessary. Closing Comments: Rebuild lavatory valve. Test and flush . |
| 10/8/2020 | 627208 | Daniel Benjamin | Division 4 | TIER N-1 LOWER 02 | Plumbing | Toilet(s) Leaking | Closed | Closing Comments: Rebuild flushometer. Tighten toilet to wall. |
| 10/13/2020 | 627962 | Villanova Bruce | Division 4 | TIER N-1 UPPER 19 | Plumbing | Sink Clogged | Closed | Closing Comments: Rebuild faucet valve. Rod drain . Test and flush. |
| 10/13/2020 | 628127 | Acovelli Stan | Division 4 | TIER N-1 LOWER 01 | Plumbing | Pipe(s) Are Damaged And/Or Leaking | Closed | GRIEVANCE - Inmate states that is water leaking out of a wall on the lower dock. By cells 101,103,140 and 110. Please investigate and remedy if necessary. Closing Comments: Shut off valves to mop basin in N2 ceiling for N2 and N1 mop basins. Wil |

| Date | Request ID | Requested By | Building Name | Space/Floor | Request Type | Sub Type | Status | Statement of Work |
|---|---|---|---|---|---|---|---|---|
| 10/26/2020 | 630827 | Villanova Bruce | Division 4 | General | | Engineer | Other | Closed | PLEASE CLEAN ALL AIR VENTS IN DIVISION 4 ALL TIERS AND HALLWAYS /OFFICES Closing Comments: cleaned all tier vents |