# Exhibit 6



## Cook County - Reactive Work Order

| Property: | Division 11<br>N/A<br>N/A, IL | WO ID:<br>Ref WO:<br>Date: | 576159<br><br>5/14/2020 |
|---|---|---|---|
| Space/Floor: | Tier AA - Lower Deck Cell 109 | Status: | Closed |
| Requestor Info: | Jim Morrison<br>210 Office of the Sheriff<br>773-674-4712 | Type:<br>Subtype: | Engineer<br>Other |
| Priority: | High | Est Hrs:<br>Act Hrs: | 0<br>0.75 |
| Assigned to: | JANET OSHEA | Complete By:<br>SLA Completion: | 5/18/2020 1:17 PM CDT<br>5/18/2020 1:17 PM CDT |
| Entered by: | Jim Morrison | Billable Flag: | NO |
| Asset Room/Area: | | Asset # / Asset Name | D11-No Asset - D11-No Asset |
| Asset Description: | | | |

**Statement of Work:** *GRIEVANCE.. DATED 4/7/20, 1:30 AM, ..INMATE REPORTS "I NOTICED A VERY STRONG SMELL OF GAS COMING FROM MY AIR VENT. GAVE HIM A HEADACHE AND MADE HIM FEEL DISSY. PLEASE CHECK AND REMEDY IF NEEDED

Closing Comments:
no smell of gas now. might have been from the generator test on that day*

| Vandalism? Circle: | **Yes** or **No** |
|---|---|

**Request History:**

| 5/14/2020 1:17 PM | GRIEVANCE.. DATED 4/7/20, 1:30 AM, ..INMATE REPORTS "I NOTICED A VERY STRONG SMELL OF GAS COMING FROM MY AIR VENT. GAVE HIM A HEADACHE AND MADE HIM FEEL DISSY. PLEASE CHECK AND REMEDY IF NEEDED |
|---|---|
| 5/18/2020 9:41 AM | Assignment has been changed to JANET OSHEA. |
| 5/18/2020 1:09 PM | no smell of gas now. might have been from the generator test on that day |
| | Request has been closed. |
| 1/22/2021 6:01 AM | Work Order printed. |

| Start Date/Time: | Finish Date/Time: |
|---|---|
| Comments: | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS |
|---|---|---|---|
| OSHEA | 5/18/2020 11:15 AM to 12:00 PM WO Labor - | | 0.75 |

**REQUEST ID:** 576159

Approved By: _____   Date: _____   Signature: _____