# Exhibit 9

# Routine - Service Inspection Reports
# DIV4-N1 (6x)

## 2x – Aug 2020

## 2x – Sep 2020

## 2x – Oct 2020



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

Invoice # : 12910
Service Date : Aug 11, 2020
Account # : 10116
Poison Control # : (800) 222-1222
Tech & License # : Antoine Penn #052-084878
Company License # : 051016806
Appt Window : Anytime
Time In/Out : 1:12PM-1:28PM
Service Address : 2700 S California Ave
Chicago, IL 60608

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

NOTES

Performed routine service. The following areas were inspected for treatment. Main lobby, vending, basement area, security, staff break room and all other common areas. 2P cell 208 inspected for gnats and spider activity. I found no evidence of any activity. Applied demand spot treatment to wall areas. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

**Authorization:** [signature]

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 3 | 2,3,4 | | 13 each | | |
| Demand CS Insecticide (lambda-Cyhalothrin,Permethrin) EPA 100-1066 | 1,2 | 1 | | 1 gal | | |

TARGETED PESTS 1-Ants, 2-Household Spiders, 3-Mice

AREAS TREATED 1-Cell, 2-Common areas, 3-General, 4-Staff Office



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

| | | |
|---|---|---|
| Invoice # | : | 12973 |
| Service Date | : | Aug 25, 2020 |
| Account # | : | 10116 |
| Poison Control # | : | (800) 222-1222 |
| Tech & License # | : | Antoine Penn #052-084878 |
| Company License # | : | 051016806 |
| Appt Window | : | Anytime |
| Time In/Out | : | 1:01PM-1:43PM |
| Service Address | : | 2700 S California Ave<br>Chicago, IL 60608 |

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

NOTES

Performed routine service. The following areas were inspected for treatment. Main lobby, vending, security, staff offices, basement areas and all other common areas. I found no evidence of any activity. Installed and replaced glue monitors. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

**Authorization:** 

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 3 | 2,3,4 | | 13 each | | |
| Demand CS Insecticide (lambda-Cyhalothrin,Permethrin) EPA 100-1066 | 1,2 | 1 | | 1 gal | | |

TARGETED PESTS 1-Ants, 2-Household Spiders, 3-Mice

AREAS TREATED 1-Cell, 2-Common areas, 3-General, 4-Staff Office



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

Invoice # : 13079
Service Date : Sep 9, 2020
Account # : 10116
Poison Control # : (800) 222-1222
Tech & License # : Antoine Penn #052-084878
Company License # : 051016806
Appt Window : Anytime
Time In/Out : 9:31AM-10:24AM
Service Address : 2700 S California Ave
Chicago, IL 60608

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

NOTES

Performed routine service. The following areas were inspected for treatment. Main lobby, vending, security, supt office, basement areas, shift commander Office, N1, J1 and all other common areas. Tiers should be cleaned daily of trash on floor and inside garbage can areas. Trash should not be placed in slop sink areas. I found evidence of (10+) ants, (3) fruit flies. Applied demand spot treatment to wall areas. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

**Authorization:**

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 3 | 2,3,4 | | 13 each | | |
| Demand CS Insecticide (lambda-Cyhalothrin,Permethrin) EPA 100-1066 | 1,2 | 1 | | 1 gal | | |

TARGETED PESTS 1-Ants, 2-Household Spiders, 3-Mice

AREAS TREATED 1-Cell, 2-Common areas, 3-General, 4-Staff Office

**APPOINTMENT PHOTOS**



F444AC18-54CA-4D9C-A079-3558B120A74E.jpeg

*Thank you for your business!*



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

| | | |
|---|---|---|
| Invoice # | : | 13153 |
| Service Date | : | Sep 22, 2020 |
| Account # | : | 10116 |
| Poison Control # | : | (800) 222-1222 |
| Tech & License # | : | Antoine Penn #052-084878 |
| Company License # | : | 051016806 |
| Appt Window | : | Anytime |
| Time In/Out | : | 1:41PM-1:57PM |
| Service Address | : | 2700 S California Ave<br>Chicago, IL 60608 |

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

NOTES

Unable to access division due to building being on quarantine. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

**Authorization:**

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Inspection - No product used | 1 | 1 | | 0 units | | |

TARGETED PESTS 1-Mice

AREAS TREATED 1-Staff Office

*Thank you for your business!*



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

| | | |
|---|---|---|
| Invoice # | : | 13266 |
| Service Date | : | Oct 14, 2020 |
| Account # | : | 10116 |
| Poison Control # | : | (800) 222-1222 |
| Tech & License # | : | Antoine Penn #052-084878 |
| Company License # | : | 051016806 |
| Appt Window | : | Anytime |
| Time In/Out | : | 8:43AM-9:37AM |
| Service Address | : | 2700 S California Ave<br>Chicago, IL 60608 |

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

NOTES

Performed routine service. The following areas were inspected for treatment. Main lobby, vending, security, shift commander office, gym area, basement areas, staff offices, main interlock and all other common areas. I found no evidence of any activity. Installed and replaced glue monitors. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

**Authorization:** [signature]

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 1 | 1,2,3,4,5,6,7 | | 12 each | | |

TARGETED PESTS 1-Mice

AREAS TREATED 1-Common areas, 2-General, 3-Lobby, 4-Lounge, 5-Other -see notes, 6-Security office, 7-Shift Commander office



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

| | | |
|---|---|---|
| Invoice # | : | 13353 |
| Service Date | : | Oct 30, 2020 |
| Account # | : | 10116 |
| Poison Control # | : | (800) 222-1222 |
| Tech & License # | : | Antoine Penn #052-084878 |
| Company License # | : | 051016806 |
| Appt Window | : | Anytime |
| Time In/Out | : | 12:15PM-12:54PM |
| Service Address | : | 2700 S California Ave<br>Chicago, IL 60608 |

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

NOTES

Performed routine service. The following areas were inspected for treatment. Main lobby, vending, main interlock, security, shift commander office, gym, tier I1, staff offices and all other common areas. I found evidence of (3) fruit flies inside I1 lower 1 cell. Applied demand spot treatment to wall areas. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

**Authorization:** 

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 1 | 1,2,3,4,5,6,7 | | 12 each | | |

TARGETED PESTS 1-Mice

AREAS TREATED 1-Common areas, 2-General, 3-Lobby, 4-Lounge, 5-Other -see notes, 6-Security office, 7-Shift Commander office