# Exhibit 10

# Routine - Service Inspection Reports
## DIV4-M2 (3x)
### 2x – Oct 2020
### 1x – Nov 2020

CCSAO Epps 002508



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

| | | |
|---|---|---|
| Invoice # | : | 13266 |
| Service Date | : | Oct 14, 2020 |
| Account # | : | 10116 |
| Poison Control # | : | (800) 222-1222 |
| Tech & License # | : | Antoine Penn #052-084878 |
| Company License # | : | 051016806 |
| Appt Window | : | Anytime |
| Time In/Out | : | 8:43AM-9:37AM |
| Service Address | : | 2700 S California Ave Chicago, IL 60608 |

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

**NOTES**

Performed routine service. The following areas were inspected for treatment. Main lobby, vending, security, shift commander office, gym area, basement areas, staff offices, main interlock and all other common areas. I found no evidence of any activity. Installed and replaced glue monitors. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

Authorization:

**PRODUCTS USED**

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 1 | 1,2,3,4,5,6,7 | | 12 each | | |

TARGETED PESTS  1-Mice

AREAS TREATED  1-Common areas, 2-General, 3-Lobby, 4-Lounge, 5-Other -see notes, 6-Security office, 7-Shift Commander office



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

| | | |
|---|---|---|
| Invoice # | : | 13353 |
| Service Date | : | Oct 30, 2020 |
| Account # | : | 10116 |
| Poison Control # | : | (800) 222-1222 |
| Tech & License # | : | Antoine Penn #052-084878 |
| Company License # | : | 051016806 |
| Appt Window | : | Anytime |
| Time In/Out | : | 12:15PM-12:54PM |
| Service Address | : | 2700 S California Ave |
| | | Chicago, IL 60608 |

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

NOTES

Performed routine service. The following areas were inspected for treatment. Main lobby, vending, main interlock, security, shift commander office, gym, tier I1, staff offices and all other common areas. I found evidence of (3) fruit flies inside I1 lower 1 cell. Applied demand spot treatment to wall areas. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

Authorization:

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 1 | 1,2,3,4,5,6,7 | | 12 each | | |

TARGETED PESTS  1-Mice

AREAS TREATED  1-Common areas, 2-General, 3-Lobby, 4-Lounge, 5-Other -see notes, 6-Security office, 7-Shift Commander office



19271 Burnham Avenue
Lansing, IL, 60438
708-730-1745

# APPOINTMENT RECORD

| | | |
|---|---|---|
| Invoice # | : | 13487 |
| Service Date | : | Nov 24, 2020 |
| Account # | : | 10116 |
| Poison Control # | : | (800) 222-1222 |
| Tech & License # | : | Antoine Penn #052-084878 |
| Company License # | : | 051016806 |
| Appt Window | : | Anytime |
| Time In/Out | : | 2:22PM-2:48PM |
| Service Address | : | 2700 S California Ave
Chicago, IL 60608 |

Invoice to:
**4 Division**
2700 S California Ave
Chicago, IL 60608
(773) 674-7100

| SERVICE | PRICE | QTY | TOTAL |
|---|---|---|---|
| General Pest Bi-Monthly - Regular Service Charge | $0.00 | 1 | $0.00 |

**NOTES**

Performed routine service. The following areas were inspected for treatment. Main lobby, control interlock post, shift commander office, security, gym, staff offices, break room, vending and all other common areas. I found no evidence of any activity. Installed and replaced glue monitors. We know you have many choices in pest control. Thank you for choosing us!

| | |
|---|---|
| Sub Total | $0.00 |
| Tax | $0.00 |
| Previous Balance | $0.00 |
| Total | $0.00 |
| Amount Paid | |
| Amount Due | $0.00 |

Authorization:

## PRODUCTS USED

| PRODUCT & EPA NUMBER | TARGETED PESTS | AREAS TREATED | RATIO | FIN AMT | CONCENTRATE | METHOD |
|---|---|---|---|---|---|---|
| Glue Monitos EPA A | 1 | 1, 2, 3, 4, 5, 6, 7 | | 12 each | | |

TARGETED PESTS   1-Mice

AREAS TREATED   1-Common areas, 2-General, 3-Lobby, 4-Lounge, 5-Other -see notes, 6-Security office, 7-Shift Commander office