# Exhibit 11

# PEST CONTROL HOTLINE – DAILY PEST NOTIFICATION LOG

- DIV4-N1, AUG – OCT 2020 (See Attached Log Sheet)
- 
- DIV4-M2, OCT – NOV 2020 (No Record Found)

CCSAO Epps 002494

PCC: QUALITY AND EXCELLENCE PEST CONTROL
CCDOC PEST CONTROL HOTLINE LOGBOOK
2020 Archive

EPPS V DART ET AL, 20 C 5742

| EXT/PH | TIME | DATE | NAME | DIV/UNIT | LOCATION/AREA | PEST(S) | NOTES | SIR INV# |
|---|---|---|---|---|---|---|---|---|
| 4-4144 | 1126a | 25-Aug | Ofc. Hawkins | 4 | N-1 | Spiders/Crickets | | 13008 |
| 4-3750 | 859a | 3-Sep | Ofc. Martin | 4 | N-1 | Ants/Crickets/Spiders | | 13078 |
| na | na | 19-Oct | IGF | 4 | N-1 in Cell 108 | Flying Bugs | 2020-13636 | 13290 |

CCSAO Epps 002495