Exhibit 13

# Q&E Inc. Pest Control Summary - 3rd Quarter

CCSAO Epps 002512



# QUALITY & EXCELLENCE INC.

PEST CONTROL    *The Company You Can Trust* ®™

19271 S. BURNHAM LANSING. IL 60438

708.730.1745

QUALITYANDEXCELLENCEINC.COM

**Quarterly Pest Summary 2020**

**3rd Quarter Total**

| Division/Pest | Mice Int/ Ext | | American Cockroach | Oriental Cockroach | German Cockroach | Ant | Peel Bug | Fruit Fly/gnats | Drain Fly | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Central Kitchen | | 1 | 20 | | 59 | | | 30 | | (2) beetles |
| Div.2 Dorm 1 | | 1 | | | | | | | | |
| Div.2 Dorm 2 | | 3 | | | | | | 25 | | |
| Div.2 Dorm 3 | | | | | | | | 115 | 50 | (3) earwigs |
| Div. 2 Dorm 4 | | | | | | | | | | |
| Division 4 | | | | | | 50 | | 78 | | |
| Division 5 | | | 30 | | 18 | 15 | | 130 | 40 | |
| Div. 5 ODR | | | | | | | | | | |
| Division 6 | 5 | 4 | | | | 50 | | 30 | | |
| Division 8 | 4 | | | | | | | 30 | | |
| Division 9 | 15 | 4 | | | | 20 | | | 33 | skunk |
| Division 10 | 16 | 3 | 5 | | 10 | 20 | | | | |
| Division 11 | | 3 | | | | 20 | | 30 | 15 | |
| 11 Kitchen | 1 | | | | | | | | | |
| S. Campus B1 | | | 2 | | | 10 | | | | 7 spiders 1 beetle |
| S. Campus B2 | | | 1 | | | | | | | 1spider |
| S. Campus B3 | | | | 11 | | | | | | |
| S. Campus B4 | | 3 | | | | | | | | |
| S. Campus B5 | | 5 | | | | | | | | |
| Boot Admin | | | | | | | | | | 30 bees |
| Boot Gym | | | | | | | | | | |
| B. Camp Ed | | | | | | 20 | | | | |
| Boot Kitchen | 4 | | | | | | | | | |
| | | | | | | | | | | |

Mice Exterior/Interior Ratio:

Interior – 45

Exterior – 25

July 2020

| Division/Pest | Mice Int /Ext | | American Cockroach | Oriental Cockroach | German Cockroach | Ant | Peel Bug | Fruit Fly/gnats | Drain Fly | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Central Kitchen | | 1 | 20 | | 21 | | | 20 | | |
| Divi.2 Dorm 1 | | | | | | | | | | |
| Div.2 Dorm 2 | | 2 | | | | | | | | |
| Div.2 Dorm 3 | | 3 | | | | | | 55 | 20 | (3) earwigs |
| Divi.2 Dorm 4 | | | | | | | | | | |
| Division 4 | | | | | | 20 | | 15 | | |
| Division 5 | | | 16 | | | | | 90 | | |
| Div. 5 ODR | | | | | | | | | | |
| Division 6 | | 1 | | | | 25 | | | | |
| Division 8 | 2 | | | | | | | | | |
| Division 9 | 14 | 1 | | | | 20 | | | 15 | (1)  skunk |
| Division 10 | 8 | | 5 | | 10 | | | | | |
| Division 11 | | 3 | | | | 20 | | | | |
| 11 Kitchen | | | | | | | | | | |
| S. Campus B1 | | | | | | | | | | |
| S. Campus B2 | | | | | | | | | | |
| S. Campus B3 | | | | | | | | | | |
| S. Campus B4 | | | | | | | | | | |
| S. Campus B5 | | 3 | | | | | | | | |
| Boot Admin | | | | | | | | | | |
| Boot Gym | | | | | | | | | | |
| B. Camp Ed | | | | | | 10 | | | | |
| Boot Kitchen | | | | | | | | | | |

Mice Exterior/Interior Ratio:

Interior– 24

Exterior – 12

CCSAO Epps 002514

August 2020

| Division/Pest | Mice Int | Mice Ext | American Cockroach | Oriental Cockroach | German Cockroach | Ant | Peel Bug | Fruit Fly/gnats | Drain Fly | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Central Kitchen | | | | | 11 | | | 10 | | |
| Div.2 Dorm 1 | | | | | | | | | | |
| Div.2 Dorm 2 | | 1 | | | | | | 25 | | |
| Div.2 Dorm 3 | | | | | | | | 20 | | |
| Div.2 Dorm 4 | | | | | | | | | | |
| Division 4 | | | | | | 5 | | 20 | | |
| Division 5 | | | 5 | | 18 | 5 | | 40 | 40 | |
| Div. 5 ODR | | | | | | | | | | |
| Division 6 | | 2 | | | | 10 | | | | |
| Division 8 | 2 | | | | | | | 30 | | |
| Division 9 | 1 | 2 | | | | | | 18 | | |
| Division 10 | 6 | 3 | | | | 20 | | | | |
| Division 11 | | | | | | | | | | |
| 11 Kitchen | 1 | | | | | | | | | |
| S. Campus B1 | | | 2 | | | 10 | | | | 6 spiders |
| S. Campus B2 | | | | | | | | | | |
| S. Campus B3 | | | | 6 | | | | | | |
| S. Campus B4 | | 1 | | | | | | | | |
| S. Campus B5 | | | | | | | | | | |
| Boot Admin | | | | | | | | | | |
| Boot Gym | | | | | | | | | | |
| B. Camp Ed | | | | | | | | | | |
| Boot Kitchen | 1 | | | | | | | | | |

Mice Exterior/Interior Ratio:

Interior - 11

Exterior - 9

September 2020

| Division/Pest | Mice Int/ Ext | | American Cockroach | Oriental Cockroach | German Cockroach | Ant | Peel Bug | Fruit Fly/gnats | Drain Fly | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| Central Kitchen | | | | | 27 | | | | | (2) beetles |
| Div.2 Dorm 1 | | | | | | | | | 15 | |
| Div.2 Dorm 2 | | | | | | | | | | |
| Div.2 Dorm 3 | | | | | | | | 40 | 30 | |
| Div.2 Dorm 4 | | | | | | | | | | |
| Division 4 | | | | | | 25 | | 25 | | |
| Division 5 | | | 9 | | | 10 | | | | |
| Div. 5 ODR | | | | | | | | | | |
| Division 6 | 5 | 1 | | | | 15 | | 30 | | |
| Division 8 | | | | | | | | | | |
| Division 9 | 5 | 1 | 8 | | | 15 | | | | |
| Division 10 | 2 | | | | | | | | | |
| Division 11 | | | | | | | | 30 | 15 | |
| 11 Kitchen | | | | | | | | | | |
| S. Campus B1 | | | | | | | | | | 1 spider, 2 beetles |
| S. Campus B2 | | | 1 | | | | | | | 1 spider |
| S. Campus B3 | | | | 5 | | | | | | |
| S. Campus B4 | | 2 | | | | | | | | |
| S. Campus B5 | | 2 | | | | | | | | |
| Boot Admin | | | | | | | | | | 30 bees |
| Boot Gym | | | | | | | | | | |
| B. Camp Ed | | | | | | 10 | | | | |
| Boot Kitchen | 3 | | | | | | | | | |

Mice Exterior/Interior Ratio:

Interior - 15

Exterior - 6

## Interior /Exterior Rodent Break Down

Overall Mice Totals



Interior- 45  Exterior – 25

**Division 6**                              **Division 9**

     

Interior- 5 Exterior- 4              Interior – 15  Exterior – 4

### Division 10



Interior- 16 Exterior- 3

#### Other catch totals

Central Kitchen - 1 Exterior   Division 8 – 4 all Interior      Boot Kitchen – 4 all interior

Division 11 Kitchen – 1 all Interior   Division 11- 3 all exterior        South Campus 4 & 5 = 8 all exterior



|          | Interior | Exterior |
|----------|----------|----------|
| July     | 24       | 12       |
| February | 11       | 9        |
| March    | 15       | 6        |



|       | Interior | Exterior |
|-------|----------|----------|
| April | 24       | 5        |
| May   | 23       | 3        |
| June  | 28       | 11       |

## Summary

This third quarter can be characterized as a highly contested battle ending in victory. We were on high alert across all pest control fronts due to the onset of imbalance caused by the corona virus. Having quadrants shut down for longer periods of time and access issues along with escalated pest activity, justified an even more proactive response. And in that response we were able to jump on some potential infestations.

We began to see heightened rat and mice activity on the outskirts of the compound, near demolition/ vacant areas, as well as on the outside of divisions. We quickly began to increase stations and vary trapping abatement measures and killed a considerable number of rodents on the outside of buildings and prevented what could have been a massive infestation on the inside of buildings. Although, we still have flare ups sporadically , of sanitation issues, we have managed to work very well with Roland and the county's custodial team in regards a fast response time.

The other battle ground lies within our fruit flies, gnats, and drainflies. Much of the activity has been documented in reports as being tied the shower/bathroom areas. In the ceilings corners , behind sink openings, and of course, along drain plumbing pockets of heat and debris are often formed. Many of these pockets are formed on a structural level, where heat is trapped or food/dirt particles are often lodged.

Again we have had a very successful communications effort aiding us in our response time. We have also, when able, worked with the trades staff in gaining deeper access. These numbers, actually speak to our success rates, as hundreds of flies can bred in heat driven areas like this in a matter of days . Whereas we are totaling less than over the course of a month. An expert lifelong entomologist, dedicated to the study of flies recently said in a recertification training I attended said, " Flies are the one pest, with any life activity, that we

will never eradicate totally" Still, we aim continually , to understand newer methods to control them greater.

As we've said many time before, we remain very encouraged by the concerted efforts of the CCDOC Custodial and Facilities Staff and we are grateful to continue to provide you with the highest quality service in which these facilities deserve for over seven years.

Thank you for choosing the Quality & Excellence way.

Sincerely,

Cartha McKenzie Jr.

Vice President