# Exhibit 14

| Status | Inmate | Cell | Start Date |
|---|---|---|---|
| Inactive | Chase Epps | DIV9-GYM-1-8 | 11/5/2020 16:30 |
| Inactive | Chase Epps | DIV4-M2-211-1 | 10/21/2020 12:30 |
| Inactive | Chase Epps | DIV9-2G-2087-1 | 10/15/2020 12:30 |
| Inactive | Chase Epps | DIV4-N1-116-1 | 8/4/2020 12:11 |
| Inactive | Chase Epps | DIV9-1H-1263-1 | 6/17/2020 19:00 |
| Inactive | Chase Epps | DIV4-Q2-224-1 | 6/16/2020 14:00 |
| Inactive | Chase Epps | Div11-AG-406-1 | 5/18/2020 8:00 |
| Inactive | Chase Epps | Div11-AA-109-1 | 2/20/2020 12:30 |
| Inactive | Chase Epps | DIV9-1H-1066-1 | 2/15/2020 11:30 |
| Inactive | Chase Epps | Div11-DH-303-1 | 2/14/2020 10:30 |
| Inactive | Chase Epps | DIV9-1H-1066-1 | 1/17/2020 10:30 |
| Inactive | Chase Epps | DIV9-1E-1006-1 | 1/16/2020 18:00 |
| Inactive | Chase Epps | Div11-DA-108-1 | 1/2/2020 17:00 |
| Inactive | Chase Epps | Div11-DA-108-2 | 12/23/2019 23:30 |

| End Date |
|---|
| 11/9/2020 8:00 |
| 11/5/2020 16:00 |
| 10/21/2020 12:30 |
| 10/15/2020 12:30 |
| 8/4/2020 12:00 |
| 6/17/2020 19:00 |
| 6/16/2020 13:17 |
| 5/18/2020 21:34 |
| 2/20/2020 12:00 |
| 2/15/2020 10:20 |
| 2/14/2020 10:30 |
| 1/17/2020 10:30 |
| 1/16/2020 17:00 |
| 1/2/2020 17:00 |

CCSAO Epps  000002