...

# Exhibit 15

| | |
|---|---|
| **From:** | Troy Radunsky |
| **To:** | Zachary Stillman; Zott, David J.; Kimmer, Sarah; Kaplan, Howard; Walling, Kate; Stackhouse, Chris; Lis, Thomas |
| **Cc:** | Jason DeVore; Kimberly Musick |
| **Subject:** | RE: Epps v. Dart et al, 1:20-cv-05742 l Post-M&C Follow-Up |
| **Date:** | Tuesday, March 29, 2022 3:16:30 PM |
| **Attachments:** | image001.png |



Counsel,

We are producing:

- **Pest Control Records (Bates 2494-2531)**

We are also still looking to determine if other 2020 pest control records exist and will forward any more we locate.

Thanks,

*Troy S. Radunsky*

**DeVore Radunsky LLC**

27 N. Wacker, Suite 431

Chicago, Illinois 60606

**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837

tradunsky@devoreradunsky.com

www.devoreradunsky.com



(**\*Please note both mine and my partner, Jason DeVore's firm name and email addresses have changed to**: **tradunsky@devoreradunsky.com** and **jdevore@devoreradunsky.com**. **Please update your contact list accordingly\***)

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Tuesday, March 29, 2022 3:13 PM
**To:** dzott@kirkland.com; sarah.kimmer@kirkland.com; howard.kaplan@kirkland.com; kate.walling@kirkland.com; chris.stackhouse@kirkland.com; thomas.lis@kirkland.com
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** Re: Epps v. Dart et al, 1:20-cv-05742 l Post-M&C Follow-Up

Good Afternoon,

Please see attached documentation for the above referenced matter.

Best,

Zach

Zachary Stillman

Law Clerk

**DeVore Radunsky LLC**

27 N. Wacker Dr., Suite 431

Chicago, IL 60606

D: (312) 300-4485 | O: (312) 300-4479

zstillman@devoreradunsky.com



---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Tuesday, March 29, 2022 2:57 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** FW: Epps v. Dart et al, 1:20-cv-05742 l Post-M&C Follow-Up

Thanks,

*Troy S. Radunsky*

**DeVore Radunsky LLC**

27 N. Wacker, Suite 431
Chicago, Illinois 60606

**O:** 312-300-4479 | **D**:312-300-4484 | **C:** 312-968-7837

tradunsky@devoreradunsky.com
www.devoreradunsky.com



(*****Please note both mine and my partner, Jason DeVore's firm name and email addresses have changed to*: **tradunsky@devoreradunsky.com** and *jdevore@devoreradunsky.com*. **Please update your contact list accordingly*****)

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Wednesday, March 23, 2022 4:53 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Cc:** Zott, David J. <dzott@kirkland.com>; Kaplan, Howard <howard.kaplan@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>
**Subject:** Epps v. Dart et al, 1:20-cv-05742 l Post-M&C Follow-Up

Counsel,

Please see the attached correspondence.

Best,
Sarah

**Sarah Kimmer**
------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 4206 **M** +1 312 952 2414
**F** +1 312 862 2200
------------------------------------

sarah.kimmer@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.