# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE EPPS, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS DART, Sheriff of Cook County, in his official and individual capacities, and Executive Director AMANDA GALLEGOS, Superintendent HERNANDEZ, Lieutenant JOHNSON, Shift Commander HUDSON, and Correctional Officer SPURLOCK, in their individual capacities, <br><br> Defendants. | Case No. 1:22-cv-02393 <br><br> Hon. Judge Mary M. Rowland |

## PLAINTIFF CHASE EPPS' REQUEST FOR ENTRY ON LAND

Plaintiff Chase Epps hereby serves this Request for Entry on Land on Defendant Sheriff Dart in his official capacity for the purpose of inspection and measuring, surveying, photographing, testing, or sampling the property, as authorized by Federal Rule of Civil Procedure 34(a)(2). A written response to this Request is due within 30 days after service. The time, place, and manner of making the inspection, measuring, surveying, photographing, testing, or sampling the property and the related operations are as follows:

**Location:** All tiers and maintenance areas of Division 4 of Cook County Jail, 2700 S California Ave, Chicago, IL 60608.

**Purpose:** The purpose of this request is to visually inspect, test, photograph, and videograph the conditions and plumbing in Division 4 and to sample and test for mold, mildew, rodents or pests, leaks, and water quality.

**Date:** Plaintiffs request entry on October 20, 2022.

**Attendees:** Plaintiff's attorneys, videographer, industrial hygienist, water quality expert.

Dated: September 6, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ David J. Zott, P.C.*
　　　　　　　　　　　　　　　　　　　　　　James F. Hurst, P.C. (6202190)
　　　　　　　　　　　　　　　　　　　　　　David J. Zott, P.C. (6193505)
　　　　　　　　　　　　　　　　　　　　　　Sarah M. Kimmer (6320922)
　　　　　　　　　　　　　　　　　　　　　　Kate T. Walling (6321681)
　　　　　　　　　　　　　　　　　　　　　　Christopher T. Stackhouse (6330488)
　　　　　　　　　　　　　　　　　　　　　　james.hurst@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　dzott@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　sarah.kimmer@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　kate.walling@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　chris.stackhouse@kirkland.com
　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　　　　　United States
　　　　　　　　　　　　　　　　　　　　　　Telephone: +1 312 862 2000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: +1 312 862 2200

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2022, the foregoing was served via electronic mail to all attorneys of record.

                                      */s/ David J. Zott, P.C.*
                                      David J. Zott, P.C.