# Exhibit 22

## WORK ORDERS (AS OF 25 OCT 20)

⬛ = CLOSED CELL

**I1** – 1 dayroom sink (no water) #610292, showers (slow drain) #610293, 1 dayroom toilet (inoperable) #616414 **103** sink (high water pressure) #607139 **107** toilet (leak, caulk coming off) #607142 & sink (high pressure) #607140 **109** foundation leak #577218 **118** sink (no water) #607143 **121** sink (no water) #617240

**J1**- mold in dayroom shower, bathroom and shower (leaking into dayroom) #607145 and light fixture loose #609069, Officers' panel is completely off (buttons and indicators not working) #599035, plumbers chase between cells 111 & 112 (leak creating pool of water) #607146, bathroom ceiling(leaking) #620161 **101** sink (no water) #610294 **105** sink (no hot) #610295 **108** toilets (leaking) 600815/600816 **110** sink (clogged) #589772 **112** toilet (leaking) **114** Sink (no running water) #626270 **116** sink (clogged) #600814  **118** Cell (No light) #629607 **119** sink (water turned off) #610085 **121 & 122** sinks (back up into each other leaving black substance) #608501 **122** sink (clogged) #575866 **123** Toilet (pipe leaking) #617483

**K1**- dayroom showers & cells (no hot water) #625790, dayroom sink (clogged) #575734 & 1 sink (no hot) #586416, shower light is inoperable #597867/water in light #600009 & water dripping from shower ceiling, ceiling (leak by dayroom tables) #607148 **103** Sink (clogged) **104** Sink (clogged **105** toilet (leak) #610296  #607147 **109** Sink (not working) #626273 **110** toilet (leak) #617241 **111** sink (slow drain) #596555 **116** toilet (leaking) #600002 **118** toilet (leak) #587010 **119** sink (clogged & low pressure) #587011

**L1**- Camera monitors (black) #574204, dayroom toilet (does not flush) & sink (brown water from sink) #605453 **112** sink (high water pressure) #606847 **118** Sink (no water)

**M1**- dayroom light switches (install plexiglass) #608505, dayroom corkboard (destroyed) #597873, TV sound bar #594653, bathroom ceiling (minor hole & dripping) #587017 & 567973 & toilet (leak, flooding into dayroom) #600004 **101, 106 & 107** wall leak onto catwalk #608503 **101** ants (called in) **102** sink (no  water) #610297 **105** toilet (leaking onto catwalk) #607149 **106** light fixture (loose) #608504 & sink (low pressure) #610298, light switch not working,

**N1**- mold in bathroom (sinks & walls), dayroom electrical box cover missing #597871, dayroom stairs going to lower deck (rubber coming off) #591435, 2 dayroom sinks (slow drain and water comes up when toilet is flushed) #608507, slop sink (leak) #600005, stairwell needs bulb replacement, flooding between cells 107 & 108 #629610 **101** sink (no hot water/running) #568842/leak from wall #600276 **102** toilet/sink (leaking) #627194 #627208 **107** sink (hot low water pressure & cold high water pressure) #607153 **114** sink (high water pressure) #607154 **119** Sink (clogged) #627962 **120** toilet (leaking) #630359

**P1** – shower (low pressure) #607155, Inmate grievance box is smashed #597870, Officers' interlock stuck #596801 **101** sink (no water) #607156 toilet (clogged) #629945 **103** sink (clogged) #615782 **106** Sink (no water) #629606 **115** toilet (constant flushing) #617245 **116** sink (constantly runs & clogged) #608508 & 608509 **119** sink (clogged) #607157 **122** sink (no water) #607158

**Q1**- 2 dayroom sinks (no water) #610299, shower handicap nozzle (broken)  #610300, bathroom outlet cover exposed in dayroom #597868, bottom deck (the wall on the Northwest corner near cell **102** Sink(no water) #626447 **112** paint is chipping, the paint is cracked and falling on the floor) {**101** (579178) (not registering locked on control board)} **104** Toilet (clogged) #626268 **106** sink (leaks from wall)(no running water) #626269 #605451 110 toilet(Inoperable) #618178  **111** ceiling (cracked & cement falling) #596481 **112** toilet (will not turn off) #607159
**115** toilet (constantly flushing) #615781 #619579 **120** sink (clogged) #610687 **124** sink (high water pressure) #615780

**I2** -Officers' interlock slams shut/leaking oil #598530, dayroom phone wires exposed, no bathroom mirrors, 3 camera monitors (black) #588192, 1 shower (stuck on hot & very humid #588528 & 588529) 1 dayroom sink (slow drain) #591547, 1 dayroom sink (no hot) #591034 **201** sink (no hot) #610307 #617246 205 Sink ( not running water) #625815 **207** sink (no water) #610308 **211** sink (no hot) #608720 **212** Toilet (not flushing) **213** sink (high water pressure) #610309 **216** sink (slow drain) #591549 **217** sink clogged #598208 **218** sink (no hot) #586421 220 sink (cold pressure high & no hot) #61310,610311 **221** sink (no hot) #610312 & toilet (button leaks) #591551
**222** toilet (gap around toilet) #588195 **224** sink (no water) #610313

**J2**- 2 dayroom phones (static) called in, 2 camera monitors (black) #588200, dayroom vents (clogged & very humid #588531 & 588530), dayroom ceiling (leak) #576370, dayroom toilet (flushes constantly) #610301 **202** sink (no hot) #598527 **203** toilet (leak) #617250 **209** toilet (shifts and leaking) #630360 **213** sink (cold pressure) **214** sink (high pressure) #598528 **224** toilet (not anchored to wall) & sink (high water pressure) #605454

**K2**- dayroom toilet (inoperable) #616426 #63036, dayroom ceiling (leak) #616428, 2 dayroom sinks (1 constantly running #595928 & 1 no hot #598531) **214** Lights (not working) #626274 **218** Sink (constantly running) #627961

**L2**- 4 camera monitors (white), 1 dayroom phone (not working) called in, dayroom toilet (leaking) #598532 **204** toilet (clogged) **207** sink (no hot) **209 & 210** toilet fills when other one is flushed #605455 **214** sink (clogged) #610302 **216** sink (clogged) #590846 & toilet (detached from wall and overflowing)  #628083

**M2**- shower (constantly running) #606850, wing door closes to officer's interlock (lock recycling – unable to secure until ceases) #594655 **201** sink (running) #599038 **205 & 206** plumbers chase (leak) #608511 **211** sink (water discolored) #599037 **216**  Toilet  **218 sink (clogged) #606852 Toilet ( not operable) #626271 #628084 219** toilet (flushes constantly) #610087

**N2**- Day outlet (wires exposed) #627192, showers (no hot water) #606863, door buttons malfunction #577838, dayroom toilet (leak at base) #575986, officer's Interlock (outlet wires exposed) #627193 **205** sink (no cold) # 606858 **206** Sink (no water)618579 **207** sink (have to flush toilet to work) #606860 **208** toilet (leak) #576688 **209 & 210** sink (clogged and high water pressure) #606861 & 606862 **212** toilet (flushes constantly) #610088 **213** Toilet (not flushing) #626272 **214** unknown (leak in front of door) #586425 & sink (clogged) #610303 **216** sink (low water pressure) #595723 **217** sink (no hot) & toilet (leak) #610304,610305 **218** sink (low pressure) #595724 **219** sink (no cold) #595718

**P2-** dayroom ceiling (leaks) #6164242, dayroom toilets (leak) #592285, light fixture between 219-222 leaks when it rains #591559, slop sink located near 212 missing drain cover #595930 **208** toilet (constantly flushing) #620158 **209** - toilet (clogged) #595931 **212** toilet (will not stop flushing #609526 **215 –** toilet filling and draining slowly #596260

**Q2** – dayroom phone (not functioning, exposed wires), 1 shower (inoperable) #616421, 2 dayroom sinks (no hot) #590420 & 591035, 1 dayroom toilet (inoperable) #616422 dayroom tier door (need to replace glass) #575798, dayroom ceiling (leak near cells 214 & 215 #587274 & 223 & 224 #591563) **204** sink (clogged) #608721 **206** toilet (constantly flushes, sometimes overflow) #608169 **209** sink (no hot) & button sticks #605450 **211** sink (no hot) #607361 & clogged **212** toilet (leak) #594092 & sink (clogged) #594677 **217** toilet (leak) #608170 Sink  (constantly running)  #628081 **219** sink (clogged) #610314 **220** Sink (clogged) #628082  **224** sink (clogged) #608723 & toilet (doesn't flush) #610315

**Laundry Room** Washing machine is draining very slowly #598209
**2nd Fl. Female Bathroom (Unsecured Side)** light needs to be replaced
**Stairwell by Gym Interlock** light needs to be replaced #596558, fountains (inoperable) #616429
**Middle Gym Roof** leaking a blue substance onto the floor and computer