# Exhibit 23

## Benjamin Daniel (Sheriff)

| | |
|---|---|
| **From:** | AnnCatherine Brady (Sheriff) |
| **Sent:** | Thursday, January 21, 2021 4:13 PM |
| **To:** | Benjamin Daniel (Sheriff) |
| **Cc:** | James Morrison (Sheriff) |
| **Subject:** | Epps v. Dart, et al 20-CV-5742 |

Good afternoon,

Can you please send me a copy of the following items?

- Work Order 576159 related to Grievance 2020x05135
- Work Order 609957 related to Grievance 2020x10588
- Work Order 628127 related to Grievance 2020x13317

Thank you,

**AnnCatherine Brady**
**Project Manager**
**Cook County Sheriff's Office**
**Department of Legal and Labor Affairs**
**50 W. Washington, #704**
**Chicago, IL 60602**
www.CookCountySheriff.org

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney-client and/or work product privileges. If you are not the intended recipient of this message or if this message has been addressed to you in error, please alert the sender immediately by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Thank you.