# Exhibit 24

# Grievances

**Booking #: 20191223018**
**Grievances for: Epps, Chase**

| Grievance# | Date of Grievance | Grievance Issue | Referred to | Date Inmate Received Response | Appealed? | Date Inmate Received Appeal Response |
|---|---|---|---|---|---|---|
| 202001384 | 2/4/2020 | 240 - Misconduct (non physical) by SWORN Staff | 09-Supt. | 2/20/2020 | n | |
| 202001386 | 2/4/2020 | 240 - Misconduct (non physical) by SWORN Staff | 09-Supt. | 2/20/2020 | n | |
| 202003052 | 3/14/2020 | 006 - C.V. Issue DOC | D.O.C. Admin | 4/14/2020 | y | 6/8/2020 |
| 202005138 | 3/19/2020 | 005 - C.V. Issue CER | Cermak | 6/19/2020 | n | |
| 202005135 | 4/7/2020 | 071 - Facility Repair(heating/cooling/ventilation) | Facilities Management Admin | 5/21/2020 | n | |
| 202004702 | 4/18/2020 | 006 - C.V. Issue DOC | 11-Supt. | 5/28/2020 | n | |
| 202006157 | 5/18/2020 | 260 - Misconduct (physical) by SWORN Staff | O.P.R.-I.S. | 6/3/2020 | n | |
| 202010363 | 8/14/2020 | 174 - Living Conditions (mold/fungus) | Support Serv.-Supt. | 9/14/2020 | n | |
| 202010588 | 8/17/2020 | 072 - Facility Repair (plumbing) | Facilities Management Admin | 8/25/2020 | n | |
| 202011238 | 8/29/2020 | 171 - Living Conditions (water quality) | 04-Supt. | 9/30/2020 | y | 10/23/2020 |
| 202013085 | 10/5/2020 | 330 - Security Procedures misc. | 04-Supt. | 10/14/2020 | y | 11/13/2020 |
| 202013317 | 10/5/2020 | 072 - Facility Repair (plumbing) | Facilities Management Admin | 10/15/2020 | n | |
| 202013125 | 10/6/2020 | 170 - Living Conditions misc. | 04-Supt. | 10/14/2020 | y | 11/13/2020 |
| 202013328 | 10/7/2020 | 240 - Misconduct (non physical) by SWORN Staff | 04-Supt. | 10/16/2020 | y | 11/13/2020 |