Exhibit 26

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Chase Epps, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20 CV 5742 |
| | ) | |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| Thomas Dart, Sheriff of Cook County, in his | ) | |
| Official and individual capacities, and executive | ) | |
| Director, Amanda Gallegos, Superintendent | ) | |
| Hernandez, Lieutenant Johnson, Shift commander | ) | |
| Hudson, and correctional officer Spurlock, in their | ) | |
| Individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT SHERIFF THOMAS DART'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S INTERROGATORIES #2-3

**2**.     **Describe all reasons Division 4 of the Cook County Jail was closed in or around May 2018 and identify who made the decision to close Division 4.**

**ORIGINAL ANSWER:** Sheriff Dart objects to Interrogatory No. 2 as compound, vague and ambiguous as to the term "closed", and overbroad as to the term "all reasons." Sheriff Dart further objects to Interrogatory No. 2 as it assumes facts not in evidence and asserts legal conclusions that Division 4 was closed in 2018 due to alleged inadequacy of the facility in relation to maintenance and/or sanitation. Without waiving said objection, Division 4 was closed in approximately May 2018 due to the decreased jail population at CCDOC. The population of the CCDOC as of April 30, 2018, was 6,028. In comparison, the average daily population of the CCDOC in April 2017 was 7,623, and in April 2016 was 8,254. The decision to close Division 4 in 2018 was made at the CCDOC executive administrative level.

**SUPPLEMENTAL ANSWER:** Without waiving said objections, Division 4 was closed in approximately May 2018 due to the decreased jail population at CCDOC. The population of the CCDOC as of April 30, 2018, was 6,028. In comparison, the average daily population of the CCDOC in April 2017 was 7,623, and in April 2016 was 8,254.

1

Division 4 was the most logical candidate for closing because of it's small size. Division 4 was the smallest, designed to hold 704 individuals in custody. In comparison, to give a few examples, Division 11 is designed to house 1536, Division 9 to house 1056, and Division 6 to house 992. In 2018, Division 4 housed male detainees of minimum or medium classification. With the overall facility population decrease, Division 4 was no longer used for inmate housing because it was logical and economical to move the remaining min/med Div. 4 detainees to equivalent housing. To that end, in the last week of May 2018, the remaining population of 96 males detainees was moved from Division 4 to open/vacant beds in other Divisions of the CCDOC.

The decision to cease housing detainees in Division 4 in 2018 was made at the CCDOC executive administrative level, and not by a single person. However, at the time, the leadership of the CCDOC included the following:

- The Superintendent of Division 4 in spring 2018 was Supt. Salomon Martinez
- Former employee Nneka Jones-Tapia was Executive Director through 3/30/2018.
- Jeff Johnsen, then Chief of Operations for the Cook County Department of Corrections
- Amanda Gallegos was not appointed Executive Director until 3/3/2019.

**3.** **Describe all reasons Division 4 of the Cook County Jail was re-opened in or around April 2020 and identify who made the decision to re-open Division 4.**

**ORIGINAL ANSWER**: Sheriff Dart objects to Interrogatory No. 3 as compound, vague and ambiguous as to the term "re-opened" and overbroad as to the term "all reasons". Sheriff Dart further objects to Interrogatory No. 3 as it assumes facts not in evidence and asserts legal conclusions that Division 4 was closed in 2018 due to alleged inadequacy of the facility in relation to maintenance and/or sanitation. Without waiving these objections, investigation continues. The Sheriff will supplement his response to Interrogatory No. 3 on a rolling basis.

**SUPPLEMENTAL ANSWER:** Sheriff Dart objects to Interrogatory No. 3 as compound, vague and ambiguous as to the term "re-opened" and overbroad as to the term "all reasons." Sheriff Dart further objects to Interrogatory No. 3 as it assumes facts not in evidence and asserts legal

conclusions that Division 4 was closed in 2018 due to alleged inadequacy of the facility in relation to maintenance and/or sanitation.

Without waiving said objection, Division 4 was reopened due to COVID (compound single celling of current population) on 4/6/2020 and remained open until 7/8/2021. Division 4 was re-opened in April 2020 to comply with social distancing requirements imposed by the State of Illinois due to the COVID-19 pandemic. *See* https://coronavirus.illinois.gov/resources/executive-orders/display.executive-order-number-13.2020.html. The decision to reopen Division 4 for the housing of detainees was also based on the correctional guidance provided the CDC at the time. The decision to re-open Division 4 for the housing of detainees was made at the CCDOC executive administration level, and it was not the decision of a single person. However, leadership of the CCDOC at the time included:

- Division 4 Superintendent Don Beachem, beginning in August 2020
- Michael Miller- First Assistant Executive Director of Operations for the Cook County D.O.C (no longer employed by Cook County)
- Jane Gubser, First Assistant Executive Director of Programs, Cook County Department of Corrections
- Tarry Williams, CCSO First Deputy Chief of Staff for Operations (no longer employed by Cook County)

Please note that no single person was assigned the duties of "Executive Director of the Department of Corrections" during the time that Division 4 was reopened for the housing of detainees during the COVID-19 pandemic.

Jason E. DeVore
Troy S. Radunsky
DeVore Radunsky LLC
230 W. Monroe Suite #230
Chicago, IL 60606
*tradunsky@devoreradunsky.com*
*jdevore@devoreradunsky.com*

4

**CERTIFICATE OF SERVICE**

The undersigned, Troy S. Radunsky, states that on July 12, 2022, **Defendant Sheriff Dart's Supplemental Answers to Plaintiff's Interrogatories # 2-3,** were served via electronic mail on the below-named counsel:

/s/    *Troy S. Radunsky*_____

One of the Attorneys for Defendnats

Sarah Kimmer
James F. Hurst, P.C.
David J. Zott, P.C.
Howard M. Kaplan
Kate T. Walling
Christopher T. Stackhouse
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
United States
Telephone: +1 312 862 2000
Facsimile: +1 312 862 2200
*james.hurst@kirkland.com*
*dzott@kirkland.com*
*howard.kaplan@kirkland.com*
*Sarah.kimmer@kirkland.com*
*kate.walling@kirkland.com*
*chris.stackhouse@kirkland.com*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Chase Epps, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20 CV 5742 |
| | ) | |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| Thomas Dart, Sheriff of Cook County, in his | ) | |
| Official and individual capacities, and executive | ) | |
| Director, Amanda Gallegos, Superintendent | ) | |
| Hernandez, Lieutenant Johnson, Shift commander | ) | |
| Hudson, and correctional officer Spurlock, in their | ) | |
| Individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## VERIFICATION TO DEFENDANT SHERIFF DART'S ANSWERS TO PLAINTIFF CHASE EPPS' FIRST SET OF INTERROGATORIES

I, Khara Coleman, Assistant General Counsel for the Cook County Sheriff's Office, under penalties as provided by law pursuant to 28 U.S.C. § 1746, certify that the statements set forth in Defendant Sheriff Thomas Dart's Supplemental Answers to Plaintiff's Interrogatories, are true and correct to the best of my inquiry, knowledge, and belief. The statements provided herein are not based on my personal knowledge, sole or personal recollection, or memory, but rather were gathered by reviewing the records and documents in possession of the Cook County Sheriff's Office and by consulting persons employed in the Cook County Sheriff's Office, in coordination with undersigned counsel of record in this litigation.

Dated: __July 9, 2022_____        _/s/_____
                                        *Khara Coleman*

                                        Khara Coleman
                                        Assistant General Counsel
                                        Cook County Sheriff's Office