# Exhibit 3

Case: 1:22-cv-02393 Document #: 51-3 Filed: 10/10/22 Page 2 of 17 PageID #:706

| | |
|---|---|
| **From:** | Kimmer, Sarah |
| **To:** | ALEXANDRYA BLACK (States Attorney); Stackhouse, Chris; Vjosana Mataj (States Attorney) |
| **Cc:** | Zott, David J.; Lis, Thomas; Walling, Kate; Troy Radunsky; Jason DeVore; Kimberly Musick |
| **Subject:** | RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742) |
| **Date:** | Monday, September 19, 2022 12:48:00 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

Alex,

We've received and taken a look at your supplemental production. Thank you for providing the additional organization charts and air temperature testing documentation.

During our September 2 meet and confer you agreed to follow-up with DFM on a number of questions. Those questions are memorialized below in my email dated the same day. To date we have not received responses to these questions or an estimated date for a response. Despite these open questions, your cover letter states that no further searches will be conducted and the file on this subpoena will be closed. Based on this statement, we understand that you do not intend to provide responses to my questions below and we have therefore reached an impasse on these topics.

Best,
Sarah

**Sarah Kimmer**

------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206 M +1 312 952 2414
F +1 312 862 2200
------------------------------------
sarah.kimmer@kirkland.com

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Sent:** Thursday, September 15, 2022 3:24 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hello Sarah,

Please find attached and see below for a link to the documents referenced in the attached letter.

2022-09-15 Subpoena re Epps v Dart 20 CV 5742

Regards,



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.5669   C: 773.231.0804
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Tuesday, September 13, 2022 7:33 PM
**To:** Stackhouse, Chris <chris.stackhouse@kirkland.com>; ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

### External Message Disclaimer

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Alex,

Following up on our emails below. We understood DFM would make a supplemental production on Friday, September 9. Please advise on the status of those materials, as well as your responses to my questions from September 2.

Best,
Sarah

**Sarah Kimmer**

-----------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206  M +1 312 952 2414
F +1 312 862 2200

---

sarah.kimmer@kirkland.com

**From:** Stackhouse, Chris <chris.stackhouse@kirkland.com>
**Sent:** Thursday, September 8, 2022 3:35 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>; ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

Alex,

I am writing to follow up on Sarah's 9/2 email. As previously mentioned, we are dedicated to moving discovery in this matter forward. Accordingly, please provide DFM's answers and responses to the below questions and requests by September 16, which is more than a week from today and two weeks after the meet and confer.

Thank you,
Chris

**Christopher Stackhouse**

---

**KIRKLAND & ELLIS LLP**
60 E S Temple St, Salt Lake City, UT 84111
T +1 801 877 8199  M +1 312 286 6460
F +1 312 862 2200

---

chris.stackhouse@kirkland.com

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Friday, September 2, 2022 3:44 PM
**To:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

Troy and Jason, thank you for joining the call this morning. We appreciate your confirmation that the Cook County Sheriff's Office is responsible for sanitation, cleaning, and pest control in the Cook County Jail, including Division 4.

Alex,

Thank you again for your time this morning. We believe there is still significant information to be produced from DFM and appreciate your willingness to go back to your client on these issues. As discussed, you agreed to confer with DFM to answer the following questions and, depending upon the responses, produce certain additional documents:

1. DFM has recently publicly maintained that it receives work orders from the Sheriff's Office, and that was your understanding as well. *See* Armstrong MSJ at 3. Work orders are a distinct document from the maintenance logs, as reflected in work orders produced in this and other litigation. *See* Birks Ex. Ha; CCSAO Epps 000049 - 53. DFM will produce these work orders for the time period April 1, 2018 to December 31, 2020 to the extent the documents are within DFM's possession, custody, or control.
2. You represented that Cook County's Department of Budget tracks County expenditures, including DFM's. How are DFM's expenditures provided to Cook County's Department of Budget?
3. How was DFM informed of that Division IV would be closed in May 2018 and then reopened in March 2020? DFM will produce any such documents that are in DFM's possession, custody, or control.
4. Whether DFM took any steps to prepare Division IV once it became unoccupied in May 2018, such as shutting off plumbing, electricity, ventilation or altering or beginning any routine inspections for damage and habitability. DFM will produce any documentation of this work that is within its possession, custody, or control.
5. Whether DFM took any steps to prepare Division IV to reopen to inmates in March 2020, such as turning on plumbing, electricity, ventilation or altering any routine inspections for damage and habitability. DFM will produce any documentation of this work that is within its possession, custody, or control.
6. DFM has publicly represented that it conducts preventative maintenance inspections. *See* D'Amico Aff. ¶¶ 4, 8. Does that remain its practice? To the extent this remains the practice, DFM will produce any records from Division IV inspections conducted during the period January 1, 2018 to December 31, 2020.
7. Whether additional conversations about work requests occur using DFM employee emails.

We also write to confirm the following documents will be included in your supplemental production scheduled for September 9, 2022:

1. Updated organization chart with employees covering the entire time period.
2. Air temperature testing documents

Finally, we agreed to provide you with the following.

1. The DFM duties discussed on today's call can be found here.
2. The public records referenced on the call and cited above, as well as an example of the work orders produced in this litigation, are attached.

**Sarah Kimmer**
-------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206 M +1 312 952 2414
F +1 312 862 2200

---------------------------------------
sarah.kimmer@kirkland.com

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Sent:** Tuesday, August 30, 2022 4:47 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

We are available at 11:30am on Friday, September 2, 2022. Does that work for you?



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.5669    C: 773.231.0804
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Tuesday, August 30, 2022 7:38 AM
**To:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

> **External Message Disclaimer**
>
> This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thank you Alexandrya. We have reviewed your letter and would like to schedule a meet and confer this week to discuss. Are you available this Friday, September 2? We are generally available all day. If you are not available Friday, please propose alternative times on Wednesday and Thursday.

Best,
Sarah

**Sarah Kimmer**
-----------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206 M +1 312 952 2414
F +1 312 862 2200
-----------------------------------
sarah.kimmer@kirkland.com

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Sent:** Friday, August 26, 2022 4:32 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

Hello Counsel –

Please find attached a letter addressing your August 10, 2022 letter regarding the *Epps v. Dart et al.* Subpoena to Department of Facilities Management.

Thank you.

Regards,



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.5669    C: 773.231.0804
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Wednesday, August 24, 2022 7:19 PM
**To:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis,

Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

---

Thank you Alexandrya.

**Sarah Kimmer**

------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206  M +1 312 952 2414
F +1 312 862 2200
------------------------------------
sarah.kimmer@kirkland.com

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Sent:** Wednesday, August 24, 2022 3:32 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

Hello Sarah –

We are working on a response, and expect to have it to you by Friday, August 26, 2022.

Thank you.

Regards,



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.5669    C: 773.231.0804
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Wednesday, August 24, 2022 3:26 PM
**To:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Kimberly Musick <Kmusick@devoreradunsky.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

### External Message Disclaimer

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Alexandrya-

Following up on my email below. Please confirm we can expect DFM's updated discovery responses this Friday, August 26.

Best,
Sarah

**Sarah Kimmer**

------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206  M +1 312 952 2414
F +1 312 862 2200
------------------------------------
sarah.kimmer@kirkland.com

**From:** Kimmer, Sarah
**Sent:** Wednesday, August 17, 2022 10:30 AM
**To:** 'ALEXANDRYA BLACK (States Attorney)' <Alexandrya.Black2@cookcountyil.gov>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

Alexandrya,
We are open to an extension of the deadlines, but given the upcoming fact discovery deadline, we

must have specific and firm deadlines. We propose a modest extension from our letter, with updated responses due August 26 and substantial completion of document discovery on or before September 9. Please confirm these dates are acceptable and your availability to meet and confer next week, if necessary.

Best,

**Sarah Kimmer**

-----------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206  M +1 312 952 2414
F +1 312 862 2200

-----------------------------------

sarah.kimmer@kirkland.com

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Sent:** Monday, August 15, 2022 1:09 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>; Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

Hello Sarah –

We have received your letter to our subpoena response. I am on vacation for the rest of the week, and ASA Mataj is currently out on maternity leave. We will follow up on your letter next week, but I ask for your patience with being unable to meet the August 19, 2022 deadline indicated in your letter.

Please let me know if you agree to this extension.

Thank you.

Regards,



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.5669   C: 773.231.0804
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Wednesday, August 10, 2022 9:49 AM
**To:** Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Cc:** Zott, David J. <dzott@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Subject:** RE: Subpoena | Epps v Dart, 22 CV 2393 (formerly 20 CV 5742)

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

---

Counsel,

Please find the attached letter regarding your subpoena response in the above captioned case.

Best,

**Sarah Kimmer**

------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206  M +1 312 952 2414
F +1 312 862 2200
------------------------------------
sarah.kimmer@kirkland.com

**From:** Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Sent:** Friday, July 1, 2022 4:09 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Cc:** Zott, David J. <dzott@kirkland.com>; Kaplan, Howard <howard.kaplan@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>; ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Subject:** Re: Subpoena | Epps v Dart, 20 CV 5742

Good Afternoon Counsel,

Attached please find the Cook County Department of Facilities Management response to the above-captioned subpoena request.

Have a great holiday weekend!
Best Regards,



**Vjosana Mataj**
Assistant State's Attorney
Civil Actions Bureau - Civil Rights/Tort Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

C: 414.552.3936   E: vjosana.mataj@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

---

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Sent:** Monday, April 18, 2022 2:02 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Cc:** Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>; Zott, David J. <dzott@kirkland.com>; Kaplan, Howard <howard.kaplan@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>
**Subject:** RE: Subpoena Acknowledgment Letter | Epps v Dart, 20 CV 5742

Hello Sarah –

As requested in your below email, I am providing an update on the status of your subpoena request – the Department of Facilities Management is working on collecting and copying all the documents in their possession that are responsive to this subpoena request and anticipate producing them to us by the end of April. Once we receive the documents, we will review, redact any protective information and prepare a privilege log, if necessary.

I will update you when we receive the documents.

Please let me know if you have any questions.

Thank you.

Regards,



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

P: 312.603.5669   C: 920.485.1123
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Tuesday, April 5, 2022 9:22 AM
**To:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Cc:** Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>; Zott, David J. <dzott@kirkland.com>; Kaplan, Howard <howard.kaplan@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>
**Subject:** RE: Subpoena Acknowledgment Letter | Epps v Dart, 20 CV 5742

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

---

Alexandrya,

Thank you for that update. We understand the challenges described below and appreciate your work to collect responsive materials. We are mindful under Rule 45 to avoid placing undue burden on third-party subpoena recipients and are available to provide assistance with the review of potentially responsive materials. With your consent, counsel for Mr. Epps is willing to review hard copy documents and identify responsive materials that we would like converted to a digital format. Our assistance would in no way impact your ability to assert privilege over any selected documents.

If you are amenable this solution please let us know where and when such a review could take place and we will coordinate logistics on our end. If you do not agree to this solution, we ask that you provide an update on the status of your production on or before April 18, 2022.

Best,
Sarah

**Sarah Kimmer**

---

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206  M +1 312 952 2414
F +1 312 862 2200

---

sarah.kimmer@kirkland.com

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>

**Sent:** Monday, April 4, 2022 10:14 AM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Cc:** Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>; Zott, David J. <dzott@kirkland.com>; Kaplan, Howard <howard.kaplan@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>
**Subject:** RE: Subpoena Acknowledgment Letter | Epps v Dart, 20 CV 5742

Hello Sarah -

We are diligently working with the Department of Facility Management ("DFM") to produce the documents responsive to your subpoena request. Please note that some of these documents are in a physical, non-digital format, and must be located in boxes inside a warehouse by an employee assigned to that warehouse. Afterwards the documents must be identified as responsive to your request, and scanned by hand into a PDF version for production to our office. Please note that many Cook County entities are still operating under a revised remote schedule due to the impacts of the COVID-19 pandemic and they have reduced staff.

Once we receive those documents from DFM, we will likely need at least a few weeks to review them, perform any necessary redactions, and create a privilege log.

While we understand your office seeks the documents as soon as possible, this production is not as simple as locating a digital file and sending you a copy. However, we are working diligently to produce these documents to you. We cannot provide a specific date and time that the production will occur due to the aforementioned circumstances, but we will provide routine updates regarding this production.

Thank you for your time and understanding.

Regards,



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.5669   C: 920.485.1123
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

**From:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Sent:** Wednesday, March 30, 2022 9:38 AM
**To:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Cc:** Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>; Zott, David J.

<dzott@kirkland.com>; Kaplan, Howard <howard.kaplan@kirkland.com>; Stackhouse, Chris <chris.stackhouse@kirkland.com>; Lis, Thomas <thomas.lis@kirkland.com>; Walling, Kate <kate.walling@kirkland.com>
**Subject:** RE: Subpoena Acknowledgment Letter | Epps v Dart, 20 CV 5742

---

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

---

Alexandrya,

I hope you are doing well. Do you have an update on the Department of Facilities Management's response to the subpoena in the below referenced action? We are happy to meet and confer regarding these requests if helpful.

I look forward to hearing back from you.

Best,
Sarah

**Sarah Kimmer**
------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
T +1 312 862 4206 M +1 312 952 2414
F +1 312 862 2200
------------------------------------
sarah.kimmer@kirkland.com

**From:** ALEXANDRYA BLACK (States Attorney) <Alexandrya.Black2@cookcountyil.gov>
**Sent:** Friday, March 18, 2022 4:50 PM
**To:** Kimmer, Sarah <sarah.kimmer@kirkland.com>
**Cc:** Vjosana Mataj (States Attorney) <Vjosana.Mataj@cookcountyil.gov>
**Subject:** Subpoena Acknowledgment Letter | Epps v Dart, 20 CV 5742

Hello Counsel Kimmer -

Please find attached a Subpoena Acknowledgement Letter re the Subpoena to Produce Documents, Information, or Objects Or to Permit Inspection Of Premises In a Civil Action in *Epps v Dart et al.*, 20 CV 5742.

If you have additional questions, please feel free to contact me.

Thank you.

Regards,



**Alexandrya Black**
Assistant State's Attorney
Civil Actions Bureau – Civil Rights/Torts Litigation
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
P: 312.603.5669   C: 920.485.1123
E: alex.black@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.