# Exhibit 4



## OFFICE OF THE STATE'S ATTORNEY
## COOK COUNTY, ILLINOIS

**KIMBERLY M. FOXX**
STATE'S ATTORNEY

500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602
(312) 603-5440

ALEXANDRYA BLACK
ASSISTANT STATE'S ATTORNEY
CIVIL ACTIONS BUREAU

Direct: (312) 603-5669
alexandrya.black2@cookcountyil.gov

September 15, 2022

*Via Electronic Mail*
Sarah M Kimmer
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
sarah.kimmer@kirkland.com

Re: *Epps v. Dart et al.* Subpoena to Department of Facilities Management

Dear Ms. Kimmer:

In response to your August 10, 2022 letter, and as follow up to our conversation on September 2, 2022, you have received with this correspondence a SharePoint link with responsive materials. The materials are in a folder dated 2022-09-15 and Bates-labeled DFM Subpoena 000060, DFM Subpoena 000061, and DFM Subpoena 000062-000689.

The production was made after the Department of Facilities Management conducted a second search for responsive documents. No further search will be conducted for additional responsive materials. We will now close our case file.

Regards,

*/s Alexandrya Black*
Alexandrya Black
Assistant State's Attorney