# Exhibit 5

## Affidavit of Jim D'Amico

I, Jim D'Amico being first duly sworn under oath, depose and state that the following is based upon my personal, firsthand knowledge that I can testify to and that if I were called to testify, my testimony would be:

1. I am currently employed by Cook County as the Director of the Department of Facilities Management (Facilities Management). I have been so employed since May 2007.

2. In this position I am familiar with the work orders, engineer logs, maintenance and inspection procedures and policies as they apply to the Cook County Department of Corrections (CCDOC).

3. Division I at the CCDOC has not been condemned.

4. Facilities Management performs preventative maintenance at CCDOC on a regular schedule. The preventative maintenance schedule is every six months for the plumbing system.

5. Facilities Management received three work orders from CCDOC regarding clogged shower drains in Division I, Tier D4 in June and July 2012.

6. Work order #422528 was received by Facilities Management on June 1, 2012. This work order was addressed and the problem resolved on June 1, 2012.

7. Work order #441086 was received by Facilities Management on July 5, 2012. This work order was addressed and the problem resolved on July 5, 2012.

8. Work order #448945 was received by Facilities Management on July 17, 2012. This was not an emergency work order and the request did not require immediate corrective action. If the drain was clogged and water was unable to drain, the repair work would have been done as soon as practicable after the work order was submitted. This was not the case for this work order, which was addressed and resolved on January 21, 2013 during a preventative maintenance inspection.

9. Based on my experience and knowledge of the plumbing system at CCDOC, the drain line from the shower and the drain lines from the toilets are completely separate from one another. Each of those drain lines are routed from Tier D4 (on the fourth floor) down to the sewer line, which is below ground level.

10. If a shower drain was clogged in Division I, Tier D4, any water that backed up would only be the water that went down the shower drain and could not pass the clogged portion of the shower drain line. No water or waste that had gone down the toilet drain lines would be able to come back up through the shower drain line as that would require the water containing waste to be pushed back up four floors from the sewer line into the shower drain line to Tier D4. This is virtually impossible and has never occurred at CCDOC.

11. There was never a work order submitted indicating that raw sewage or human waste was backing up from the shower drains in Division I, Tier D4.

12. Work order #453790 was received by Facilities Management on July 30, 2012 for no hot water in the shower in Division I, Tier D4. This work order was responded to on that same day, but required the replacement of malfunctioning equipment (work order #451799). The problem was ultimately resolved on August 2, 2012.

FURTHER AFFIANT SAYETH NOT.

9/27/13

Jim D'Amico

OFFICIAL SEAL
MICHAEL SORICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JUL. 10, 2016

Subscribed and sworn to before me

this 27TH day of September, 2013