# Exhibit 6

# Benjamin Daniel (Sheriff)

| | |
|---|---|
| **From:** | AnnCatherine Brady (Sheriff) |
| **Sent:** | Thursday, January 21, 2021 4:13 PM |
| **To:** | Benjamin Daniel (Sheriff) |
| **Cc:** | James Morrison (Sheriff) |
| **Subject:** | Epps v. Dart, et al 20-CV-5742 |

Good afternoon,

Can you please send me a copy of the following items?

- Work Order 576159 related to Grievance 2020x05135
- Work Order 609957 related to Grievance 2020x10588
- Work Order 628127 related to Grievance 2020x13317

Thank you,

**AnnCatherine Brady**
**Project Manager**
**Cook County Sheriff's Office**
**Department of Legal and Labor Affairs**
**50 W. Washington, #704**
**Chicago, IL 60602**
www.CookCountySheriff.org

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney-client and/or work product privileges. If you are not the intended recipient of this message or if this message has been addressed to you in error, please alert the sender immediately by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Thank you.



## Cook County - Reactive Work Order

| Property: | Division 11<br>N/A<br>N/A, IL | WO ID:<br>Ref WO:<br>Date: | 576159<br><br>5/14/2020 |
|---|---|---|---|
| Space/Floor: | Tier AA - Lower Deck Cell 109 | Status: | Closed |
| Requestor Info: | Jim Morrison<br>210 Office of the Sheriff<br>773-674-4712 | Type:<br>Subtype: | Engineer<br>Other |
| Priority: | High | Est Hrs:<br>Act Hrs: | 0<br>0.75 |
| Assigned to: | JANET OSHEA | Complete By:<br>SLA Completion: | 5/18/2020 1:17 PM CDT<br>5/18/2020 1:17 PM CDT |
| Entered by: | Jim Morrison | Billable Flag: | NO |
| Asset Room/Area: | | Asset # / Asset Name | D11-No Asset - D11-No Asset |
| Asset Description: | | | |

**Statement of Work:** *GRIEVANCE.. DATED 4/7/20, 1:30 AM, ..INMATE REPORTS "I NOTICED A VERY STRONG SMELL OF GAS COMING FROM MY AIR VENT. GAVE HIM A HEADACHE AND MADE HIM FEEL DISSY. PLEASE CHECK AND REMEDY IF NEEDED

Closing Comments:
no smell of gas now. might have been from the generator test on that day*

| Vandalism? Circle: | **Yes** or **No** |
|---|---|

**Request History:**

| 5/14/2020 1:17 PM | GRIEVANCE.. DATED 4/7/20, 1:30 AM, ..INMATE REPORTS "I NOTICED A VERY STRONG SMELL OF GAS COMING FROM MY AIR VENT. GAVE HIM A HEADACHE AND MADE HIM FEEL DISSY. PLEASE CHECK AND REMEDY IF NEEDED |
|---|---|
| 5/18/2020 9:41 AM | Assignment has been changed to JANET OSHEA. |
| 5/18/2020 1:09 PM | no smell of gas now. might have been from the generator test on that day |
| | Request has been closed. |
| 1/22/2021 6:01 AM | Work Order printed. |

| Start Date/Time: | | Finish Date/Time: | |
|---|---|---|---|
| Comments: | | | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS |
|---|---|---|---|
| OSHEA | 5/18/2020 11:15 AM to 12:00 PM WO Labor - | | 0.75 |

**REQUEST ID:** 576159

Approved By:_____ Date:_____ Signature:_____

CCSAO_Epps_000050



## Cook County - Reactive Work Order

| Property: | Division 4<br>N/A<br>N/A, IL | WO ID:<br>Ref WO:<br>Date: | 609957<br><br>8/24/2020 |
|---|---|---|---|
| Space/Floor: | TIER N-1 DAYROOM BATHROOM | Status: | Closed |
| Requestor Info: | Jim Morrison<br>210 Office of the Sheriff<br>773-674-4712 | Type:<br>Subtype: | Plumbing<br>Sink Clogged |
| Priority: | High | Est Hrs:<br>Act Hrs: | 0<br>1 |
| Assigned to: | MICHAEL McGINNIS | Complete By:<br>SLA Completion: | 8/25/2020 10:23 AM CDT<br>8/25/2020 10:23 AM CDT |
| Entered by: | Jim Morrison | Billable Flag: | NO |
| Asset Room/Area: | | Asset # / Asset Name | D4-No Asset - D4-No Asset |
| Asset Description: | | | |

**Statement of Work:** *GRIEVANCE, INMATE REPORTS ALL 3 DAYROOM SINKS CLOGGEDHIS

Closing Comments:
Rod drain X3.*

| Vandalism? Circle: | **Yes** or **No** |
|---|---|

**Request History:**

| 8/24/2020 10:23 AM | GRIEVANCE, INMATE REPORTS ALL 3 DAYROOM SINKS CLOGGEDHIS |
| 8/24/2020 10:23 AM | Assignment has been changed to MICHAEL McGINNIS. |
| 9/17/2020 2:32 PM | Rod drain X3. |
| | Request has been closed. |
| 1/22/2021 6:01 AM | Work Order printed. |

| Start Date/Time: | Finish Date/Time: |
|---|---|
| Comments: | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS |
|---|---|---|---|
| McGINNIS | 9/17/2020<br>WO Labor - | | 1.00 |

**REQUEST ID:** 609957

Approved By:_____    Date:_____    Signature:_____

Billable: ___    Non-Billable: ___    TI: ___

CCSAO_Epps_000051



## Cook County - Reactive Work Order

| | | | |
|---|---|---|---|
| **Property:** | Division 4<br>N/A<br>N/A, IL | **WO ID:**<br>**Ref WO:**<br>**Date:** | 628127<br><br>10/13/2020 |
| **Space/Floor:** | TIER N-1 LOWER 01 | **Status:** | Closed |
| **Requestor Info:** | Stan Acovelli<br>210 Office of the Sheriff<br>312-505-2644 | **Type:**<br>**Subtype:** | Plumbing<br>Pipe(s) Are Damaged And/Or Leaking |
| **Priority:** | High | **Est Hrs:**<br>**Act Hrs:** | 0<br>8 |
| **Assigned to:** | JOSEPH THIEL | **Complete By:**<br>**SLA Completion:** | 10/14/2020 10:50 AM CDT<br>10/14/2020 10:50 AM CDT |
| **Entered by:** | Stan Acovelli | **Billable Flag:** | NO |
| **Asset Room/Area:** | | **Asset # / Asset Name** | D4-No Asset - D4-No Asset |
| **Asset Description:** | | | |

**Statement of Work:**
*GRIEVANCE - Inmate states that is water leaking out of a wall on the lower dock. By cells 101,103,140 and 110. Please investigate and remedy if necessary.

Closing Comments:
Shut off valves to mop basin in N2 ceiling for N2 and N1 mop basins. Will check to see if leak stops. May have to install new shut off valves of existing valves do not hold. *

| Vandalism? Circle: | **Yes** or **No** |
|---|---|

**Request History:**

| | |
|---|---|
| 10/13/2020 10:50 AM | GRIEVANCE - Inmate states that is water leaking out of a wall on the lower dock. By cells 101,103,140 and 110. Please investigate and remedy if necessary. |
| 10/13/2020 10:50 AM | Work Order printed. |
| 10/13/2020 11:29 AM | Assignment has been changed to JOSEPH THIEL. |
| 10/22/2020 2:32 PM | Need tin smith to remove ceiling to find shut off valve.<br>Status has been changed to "On Hold". |
| 10/29/2020 2:53 PM | Shut off valves to mop basin in N2 ceiling for N2 and N1 mop basins. Will check to see if leak stops. May have to install new shut off valves of existing valves do not hold.<br>Request has been closed. |
| 1/22/2021 6:02 AM | Work Order printed. |

| Start Date/Time: | Finish Date/Time: |
|---|---|
| Comments: | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS |
|---|---|---|---|
| THIEL | 10/22/2020<br>WO Labor - | | 1.00 |
| McGINNIS | 10/22/2020<br>WO Labor - | | 1.00 |
| THIEL | 10/29/2020<br>WO Labor - | | 3.00 |
| McGINNIS | 10/29/2020<br>WO Labor - | | 3.00 |