## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Chase Epps

                Plaintiff,

v.                                              Case No.: 1:22−cv−02393
                                                   Honorable Mary M. Rowland

Thomas Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 1/19/2023 is stricken and reset to 2/16/2023 at 9:15 a.m. by telephone. By 2/10/2023, the parties shall file a joint status report with an update as to fact discovery, including proposed dates for completing Defendants' document production and a short extension of the full discovery schedule. The Court has reviewed the latest Joint Status Report [91] which confirms that Defendants have made progress toward complying with the Court's discovery orders. The Court encourages the parties to continue to meet and confer in good faith to reach a reasonable production scope. Given the parties' progress, the Court will extend the 1/15/23 deadline for Defendants to produce all responsive documents. A date certain for completing Defendants' document production will be set after the Court has reviewed the next joint status report. Regarding third−party discovery, Plaintiff believes Facilities Management should disclose its search terms and custodians. In light of the fact that Facilities Management represents that it possesses no documents concerning preparations made to close and re−open Division 4 and the Court's concern that the scope of its searches may be too narrow, the Court is inclined to agree that Facilities Management should disclose the scope of its searches. If Facilities Management objects to disclosing its search terms, terms and connectors used, and custodians, it may file a motion by 1/27/2023. If no motion is filed, then Facilities Management should disclose its search terms, terms and connectors used, and custodians to Plaintiff by 2/3/2023. Finally, the parties are interested in participating in a settlement conference. Accordingly, a preliminary settlement discussion with lead counsel only is set for 2/23/2023 at 10:30 a.m. by telephone. Plaintiff's settlement letter is due by 2/2/2023 and Defendants' settlement letter is due by 2/16/2023. Parties are reminded that Magistrate Judge Harjani requires compliance with his Standing Order for Settlement Conference, which is available on the Court's website at www.ilnd.uscourts.gov. Lead counsel are instructed to promptly call into the Court's call−in number at (855) 244−8681, and use Access Code 978 352 73. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.