IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHASE EPPS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| THOMAS DART, Sheriff of Cook County in his official and individual capacities, and Executive Director AMANDA GALLEGOS, Superintendent HERNANDEZ, Lieutenant JOHNSON, Shift Commander HUDSON, and Correctional Officer SPURLOCK, in their individual capacities, | ) ) ) ) ) ) ) ) ) | Case No. 1:22-cv-02393<br><br>Hon. Judge Mary M. Rowland<br><br>Magistrate Judge Harjani |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 18, 2023 Minute Entry (Dkt. No. 92), Plaintiff Chase Epps and Defendants Thomas Dart, Amanda Gallegos, Franco Hernandez, Alta Johnson, Elbert Hudson, and Valerie Spurlock, by and through their undersigned counsel, submit the following Joint Status Report update.

**I.      Settlement Discussions**

On February 7, 2023, the Parties reached a settlement in principle. The Parties request a stay of all pending deadlines, including compliance with any outstanding subpoenas issued, while they prepare a settlement agreement and release and Defendants can secure required county approvals. On or before March 24, 2023, the Parties will dismiss this action with prejudice pursuant to settlement or file a joint status report advising the Court of the case status.

| | |
|---|---|
| Dated: February 10, 2023 | Respectfully submitted, |
| <u>/s/ David J. Zott</u> | <u>/s/ Troy S. Radunsky</u> |
| James F. Hurst, P.C. (*lead trial attorney*) | Jason E. DeVore |
| David J. Zott, P.C. | Troy S. Radunsky |
| Kate Walling | DEVORE RADUNSKY LLC |
| Sarah Kimmer | 230 W. Monroe St., Ste. 230 |
| Christopher T. Stackhouse | Chicago, IL 60606 |
| Alison E. Yardley | tradunsky@devoreradunsky.com |
| KIRKLAND & ELLIS LLP | jdevore@devoreradunsky.com |
| 300 North LaSalle | |
| Chicago, IL 60654 | *Attorneys for Defendants* |
| United States | |
| james.hurst@kirkland.com | |
| dzott@kirkland.com | |
| kate.walling@kirkland.com | |
| sarah.kimmer@kirkland.com | |
| chris.stackhouse@kirkland.com | |
| alison.yardley@kirkland.com | |
| | |
| *Attorneys for Plaintiff Chase Epps* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

                                              */s/ David J. Zott*
                                              David J. Zott, P.C.