# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Chase Epps
                               Plaintiff,

v.                                         Case No.: 1:22−cv−02393
                                               Honorable Mary M. Rowland

Thomas Dart, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Pursuant to the parties' joint status report [93], all discovery dates are stayed as the parties have reached a settlement in principle. Stipulation to dismiss is due by 3/24/23. Preliminary settlement discussion set for 2/23/23 is stricken. Status hearing set for 2/16/2023 is stricken and reset to 3/31/2023 at 9:15 a.m. but will be stricken if the stipulation to dismiss has been filed. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.