**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

CHASE EPPS,  )
　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,  )
　　　　　　　　　　　　　　　　　)
　　　　v.  )
　　　　　　　　　　　　　　　　　)
THOMAS DART, Sheriff of Cook County in  )  Case No. 1:22-cv-02393
his official and individual capacities, and  )
Executive Director AMANDA GALLEGOS,  )  Hon. Judge Mary M. Rowland
Superintendent HERNANDEZ, Lieutenant  )
JOHNSON, Shift Commander HUDSON, and  )  Magistrate Judge Harjani
Correctional Officer SPURLOCK, in their  )
individual capacities,  )
　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.  )

**<u>JOINT STATUS REPORT</u>**

　　　　　　Plaintiff Chase Epps and Defendants Thomas Dart, Amanda Gallegos, Franco
Hernandez, Alta Johnson, Elbert Hudson, and Valerie Spurlock, by and through their undersigned
counsel, submit the following Joint Status Report.

　　　　1.　　　On February 7, 2023 the Parties reached a settlement in principle. Three days later,
on February 10, 2023 the Parties requested a stay of all pending deadlines while they finalized the
terms of the settlement agreement and release and the Defendants secured the necessary approvals
from Cook County. (Dkt. No. 93.) That same day, the Court stayed all deadlines and ordered that
a stipulation of dismissal be filed on or before March 24, 2023. (Dkt. No. 94.) The Court also set
a case management conference on March 31, 2023, in the event that the stipulation to dismiss was
not filed by March 24, 2023 by Plaintiff.

　　　　2.　　　The Parties reached agreement on the terms of the Confidential Settlement and
General Release on March 6, 2023 (the "Release"). Under the terms of the Release, Cook County

will indemnify the named Defendants and pay the agreed settlement amount.  Prior to payment, the Release must be presented to and approved by the Cook County Board Finance Committee. The Release further states that the Plaintiff will dismiss this action, with prejudice, after receipt of the settlement amount.

3.      Plaintiff delivered a signed Release to Defendants on March 9, 2023 and Defendants provided the countersigned, fully-executed Release that same day. The fully executed Release will be presented to Cook County Board Finance Committee at their meeting scheduled for April 26, 2023. Once the Release is approved, Cook County will issue a check for the agreed upon settlement amount. Settlement payout can take up to 4 weeks.

4.      Based on the foregoing, Plaintiffs will be unable to submit a stipulation of dismissal on or before the Court's March 24, 2023 deadline. Accordingly, the Parties request that this Court strike the March 31, 2023 case management conference and reset the deadline for the stipulation of dismissal to Tuesday, May 23, 2023.

Dated: March 17, 2023

*/s/ David J. Zott*
James F. Hurst, P.C. (*lead trial attorney*)
David J. Zott, P.C.
Kate Walling
Sarah Kimmer
Christopher T. Stackhouse
Alison E. Yardley
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
United States
james.hurst@kirkland.com
dzott@kirkland.com
kate.walling@kirkland.com
sarah.kimmer@kirkland.com
chris.stackhouse@kirkland.com
alison.yardley@kirkland.com

*Attorneys for Plaintiff Chase Epps*

Respectfully submitted,

*/s/ Jason E. DeVore*
Jason E. DeVore
Troy S. Radunsky
DEVORE RADUNSKY LLC
230 W. Monroe St., Ste. 230
Chicago, IL 60606
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

<u>/s/ David J. Zott</u>
David J. Zott, P.C.