# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Chase Epps

                Plaintiff,

v.                                             Case No.: 1:22−cv−02393
                                                    Honorable Mary M. Rowland

Thomas Dart, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2023:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 3/31/2023 is stricken and reset to 6/6/2023 at 9:15 a.m. but will be stricken if the stipulation to dismiss has been filed. The Court has reviewed the latest Joint Status Report [95] which indicates that the parties reached agreement on the terms of the Confidential Settlement and General Release on 3/6/2023, the Release must be presented to the Cook County Board Finance Committee on 4/26/2023 for approval, and the settlement payout can take up to four weeks thereafter. Accordingly, the deadline to file the stipulation to dismiss is extended from 3/24/2023 to 5/23/2023. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.