IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHASE EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS DART, Sheriff of Cook County in his official and individual capacities, and Executive Director AMANDA GALLEGOS, Superintendent HERNANDEZ, Lieutenant JOHNSON, Shift Commander HUDSON, and Correctional Officer SPURLOCK, in their individual capacities, | ) ) ) ) ) ) ) ) | Case No. 1:22-cv-02393<br><br>Hon. Judge Mary M. Rowland<br><br>Magistrate Judge Harjani |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

NOTICE is hereby given under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that, in accordance with the terms of the parties' settlement, Plaintiff Chase Epps and Defendants jointly stipulate to Plaintiff's voluntary dismissal of this action with prejudice.

| | |
|---|---|
| Dated: May 17, 2023 | Respectfully submitted, |
| */s/ James F. Hurst* | */s/ Jason E. DeVore* |
| James F. Hurst, P.C. (*lead trial attorney*) <br> David J. Zott, P.C. <br> Kate Walling <br> Sarah Kimmer <br> Christopher T. Stackhouse <br> Alison E. Yardley <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> james.hurst@kirkland.com <br> dzott@kirkland.com <br> kate.walling@kirkland.com <br> sarah.kimmer@kirkland.com <br> chris.stackhouse@kirkland.com <br> alison.yardley@kirkland.com <br><br> *Attorneys for Plaintiff Chase Epps* | Jason E. DeVore <br> Troy S. Radunsky <br> DEVORE RADUNSKY LLC <br> 230 W. Monroe St., Ste. 230 <br> Chicago, IL 60606 <br> tradunsky@devoreradunsky.com <br> jdevore@devoreradunsky.com <br><br> *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

                                                                   /s/ David J. Zott
                                                                   David J. Zott, P.C.