# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Chase Epps

                    Plaintiff,

v.                                               Case No.: 1:22−cv−02393
                                                       Honorable Mary M. Rowland

Thomas Dart, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 18, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation of Voluntary Dismissal, in accordance with the terms of the parties' settlement, Plaintiff Chase Epps and Defendants jointly stipulate to Plaintiff's voluntary dismissal of this action with prejudice. Any pending deadlines are stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.